USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

COHERE COMMUNICATIONS, LLC,

                Plaintiff,

    - against -

COLOHOUSE NYC, LLC and
FIFTEEENFORTYSEVEN CRITICAL SYSTEMS
REALTY, LLC,

                Defendant.

**22 Civ. 6832 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    On November 8, 2022, and consistent with the Court's Individual Practices, counsel for ColoHouse NYC, LLC and FifteenFortySeven Critical Systems Realty, LLC (together "Defendants") sent counsel for Cohere Communications, LLC ("Cohere") a pre-motion letter identifying alleged deficiencies in the Complaint that Cohere filed in this action, and that allegedly would provide a basis supporting a motion to dismiss. (See Dkt. No. 27.) On November 15, 2022, also consistent with the Court's Individual Practices, counsel for Cohere sent a three-page letter in response, opposing the grounds that Defendants stated in favor of the proposed motion. (See Dkt. No. 28.) On November 29, 2022, the Court received a letter from Defendants requesting a pre-motion conference, and asserting that the letter exchange did

1

not resolve the dispute and thus failed to avoid motion practice at this stage of the proceedings. (See Dkt. No. 29.)

Upon review of all pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary to resolve the parties' dispute. Within one week of the date of this order, the parties shall notify the Court whether they consent to the Court deeming the pre-motion letters as a fully briefed motion and ruling on the basis of the letters, or whether the parties request supplemental or full briefing on Defendants' proposed motion. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one week of the date of this order.

**SO ORDERED.**

Dated:   28 November 2022
         New York, New York

_____
Victor Marrero
U.S.D.J.