```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COHERE COMMUNICATIONS, LLC,

                Plaintiff,

- against -

COLOHOUSE NYC, LLC and
FIFTEENFORTYSEVEN CRITICAL SYSTEMS
REALTY, LLC,

                Defendant.

---

**22 Civ. 6832 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    By letter dated December 22, 2022, the parties jointly advised the Court that they have reached a settlement in principle and request that the Court abstain from ruling on the pending motion to dismiss. (See Dkt. No. 33.) Accordingly, the Court hereby stays the proceedings and directs the parties to submit within 30 days a joint status report on settlement progress.

**SO ORDERED.**

Dated:    23 December 2022
            New York, New York

                                        _____
                                          Victor Marrero
                                            U.S.D.J.